Certificate Number: 08381-CAC-CC-016222326



08381-CAC-CC-016222326

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 16, 2011</u>, at <u>3:13</u> o'clock <u>PM PDT</u>, <u>Kennethc Sterling</u> received from <u>ConsumerBankruptcyCounseling.info, a Project of the Tides Center</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Central District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>October 3, 2011</u>　　　　　　　　By:　　/s/Patricia Perez

　　　　　　　　　　　　　　　　　　　　Name:　Patricia Perez

　　　　　　　　　　　　　　　　　　　　Title:　Assistant

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).