```
                            United States Bankruptcy Court
                            Central District of California
In re:                                                                  Case No. 11-14880-RR
Kenneth W. Sterling                                                     Chapter 7
        Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0973-9           User: vhernande              Page 1 of 3              Date Rcvd: Oct 21, 2011
                               Form ID: b9a                 Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2011.
db           #+Kenneth W. Sterling,    1827 San Andres Street,    Santa Barbara, CA 93101-4014
smg           +County Assessor,   County Government Center, Room 100,    San Luis Obispo, CA 93408-0001
30504425      Bank of America,    P.O. Box 5170,    Simi Valley, CA  93062-5170
30504427     +Buynak Law,    820 State Street, 4th Floor,    Santa Barbara, CA 93101-3272
30504429     +Chase,   P.O. Box 78035,    Phoenix, AZ 85062-8035
30504432      Citibank - Amex,    P.O. Box 3107,    Southeastern, PA  19398-3107
30504433      Citibank- Diamond,    Citicards Processing Center,    Des Moines, IA  50363-0001
30504435     +Dept ED/Nelnet,    121 South 13th Street,    Lincoln, NE 68508-1904
30504436     +Elan/US Bank,    P.O. Box 790408,    Saint Louis, MO 63179-0408
30504437     +Jaffe & Asher,    600 Third Avenue,    New York, NY 10016-1914
30504438     +James F. Montgomery,    1566 Seabridge Lane,    Oxnard, CA 93035-1453
30504439      Jane Sterling,   133 De La Guerra Street,    Santa Barbara, CA  93101
30504440     +Jeffery A. Montgomery,    1566 Seabridge Lane,    Oxnard, CA 93035-1453
30504441     +Ken Sterling Sr.,    2738 SR 14,    Penn Yan, NY 14527-9735
30504442     +M. Timm,   233 E. Carrillo Street,    Santa Barbara, CA 93101-7160
30504444     +Professional Recovery Services,    P.O. Box 1880,    Voorhees, NJ 08043-7880
30504445      Sansum,    P.O. Box 101033,    Pasadena, CA  91189-0396
30504446     +Sterling Trust,    P.O. Box 2526,    Waco, TX 76702-2526
30504448     +Valiant Group,    233 E. Carrillo Street,    Santa Barbara, CA 93101-7159

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: kgrant@silcom.com Oct 22 2011 03:52:40     Karen L Grant,   924 Anacapa St Ste 1M,
               Santa Barbara, CA  93101
tr           +EDI: BSMCBETH.COM Oct 22 2011 03:48:00      Sandra McBeth (TR),   2236 S. Broadway, Suite J,
               Santa Maria, CA 93454-7800
smg          +E-mail/Text: SBCBankruptcy@co.santa-barbara.ca.us Oct 22 2011 03:57:01      County Tax Collector,
               P.O. Box 357,   Santa Barbara, CA 93102-0357
smg           EDI: EDD.COM Oct 22 2011 03:48:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
               P.O. Box 826880,   Sacramento, CA 94280-0001
smg           EDI: CALTAX.COM Oct 22 2011 03:53:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
               P.O. Box 2952,   Sacramento, CA 95812-2952
30504423     +EDI: ALLIANCEONE.COM Oct 22 2011 03:48:00      Alliance One,   4850 Street Rd., Suite 300,
               Feasterville Tre, PA 19053-6643
30504424      EDI: AMEREXPR.COM Oct 22 2011 03:48:00      American Express,   P.O. Box 0001,
               Los Angeles, CA  90096-0001
30504426     +EDI: HFC.COM Oct 22 2011 03:48:00      Best Buy (HSBC),   P.O. Box 49353,
               San Jose, CA 95161-9353
30504428     +E-mail/Text: cms-bk@cms-collect.com Oct 22 2011 03:57:04      Capital Management Services LP,
               726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
30504431     +EDI: CITICORP.COM Oct 22 2011 03:48:00      Citibank,   Citibusiness Card Processing,
               Des Moines, IA 50363-0001
30504430     +EDI: CITICORP.COM Oct 22 2011 03:48:00      Citibank,   P.O. Box 6077,
               Sioux Falls, SD 57117-6077
30504434     +EDI: SEARS.COM Oct 22 2011 03:48:00      Citibank- Sears,   P.O. Box 688957,
               Des Moines, IA 50368-8957
30504435     +E-mail/Text: electronicbkydocs@nelnet.net Oct 22 2011 03:59:00     Dept ED/Nelnet,
               121 South 13th Street,    Lincoln, NE 68508-1904
30504436     +EDI: USBANKARS.COM Oct 22 2011 03:53:00      Elan/US Bank,   P.O. Box 790408,
               Saint Louis, MO 63179-0408
30504443     +EDI: HFC.COM Oct 22 2011 03:48:00      Neiman Marcus (HSBC),   P.O. Box 5235,
               Carol Stream, IL 60197-5235
30504447      EDI: TFSR.COM Oct 22 2011 03:48:00      Toyota Motor Credit,   5005 N. River Blvd. NE,
               Cedar Rapids, IA  52411-6634
                                                                                               TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0973-9           User: vhernande            Page 2 of 3                Date Rcvd: Oct 21, 2011
                               Form ID: b9a               Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2011**                          **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0973-9          User: vhernande            Page 3 of 3                Date Rcvd: Oct 21, 2011
                              Form ID: b9a               Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2011 at the address(es) listed below:

        Karen L Grant    on behalf of Debtor Kenneth Sterling kgrant@silcom.com
        Sandra  McBeth (TR)    jwalker@mcbethlegal.com, CA65@ecfcbis.com
        United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

        TOTAL: 3

**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10)

# UNITED STATES BANKRUPTCY COURT — Central District Of California

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on October 19, 2011.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 1415 State Street, Santa Barbara, CA 93101–2511**

NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) and address):<br>Kenneth W. Sterling<br>1827 San Andres Street<br>Santa Barbara, CA 93101 | **Case Number:**<br>**9:11–bk–14880–RR** |
| All other names used by the Debtor(s) in the last 8 years (include married, maiden and trade names):<br>Debtor:<br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:<br>Dbt SSN: xxx–xx–1101 |
| Attorney for Debtor(s) (name and address):<br>Karen L Grant<br>924 Anacapa St Ste 1M<br>Santa Barbara, CA 93101<br>Telephone number:  805–962–4413 | Bankruptcy Trustee (name and address):<br>Sandra McBeth (TR)<br>2236 S. Broadway, Suite J<br>Santa Maria, CA 93454<br>Telephone number:  (805) 922–0313 |

### Meeting of Creditors

Date:  **November 14, 2011**                     Time:  **03:30 PM**
Location:  **128 East Carrillo St., Santa Barbara, CA 93101**

### Presumption of Abuse under 11 U.S.C. § 707(b)

See *"Presumption of Abuse"* on the reverse side
The presumption of abuse does not arise.

### Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: January 13, 2012**
**Deadline to Object to Exemptions:**  Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>1415 State Street,<br>Santa Barbara, CA 93101–2511<br>Telephone number:  805–884–4800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kathleen J. Campbell |
| Hours Open:  9:00 AM – 4:00 PM | Date:  October 21, 2011 |
| **(Form rev. 12/10:341–B9A)** | / |

**EXPLANATIONS**                                                                                                   B9A (Official Form 9A)(12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Proof of Debtor Identification (ID) and Proof of Social Security Number (SSN) | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state−issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W−2 form, pay stub, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 1415 State Street, Santa Barbara, CA 93101−2511** . You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the Court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367. |

−− **Refer to Other Side for Important Deadlines and Notices** −−