Form B23 (Official Form 23) – (12/10)                                                    2010 USBC, Central District of California

## United States Bankruptcy Court
## Central District Of California

| In re: Kenneth W. Sterling | CHAPTER NO.: 7 |
|---|---|
| Debtor(s). | CASE NO.: 9:11–bk–14880–RR |

## DEBTOR'S CERTIFICATION OF COMPLETION
## OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING
## PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification.   Complete one of the following statements and file by the deadline stated below:*

☒ I, KENNETH W. STERLING , the debtor in the above–styled case, hereby certify that on
    *(Print Name of Debtor)*

11/14/11 . I completed an instructional course in personal financial management provided by
    *(Date)*

American Consumer Credit Counseling, Inc , an approved personal financial management provider.
    *(Name of Provider)*

Certificate No. (if any): 01141-CAC-DE-016602560

☐ I, , the debtor in the above–styled case, hereby certify that no
    *(Printed Name of Debtor)*

personal financial management course is required because of: *[Check the appropriate box.]*

   ☐    Incapacity or disability, as defined in 11 U.S.C. § 109(h);

   ☐    Active military duty in a military combat zone; or

   ☐    Residence in a district in which the United States trustee *(or bankruptcy administrator)*
        has determined that the approved instructional courses are not adequate at this time to
        serve the additional individuals who would otherwise be required to complete such
        courses.

Date 11/14/11                    Signature of Debtor:

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (see Fed. R. Bankr. P. 1007(c).)

022828                                        79504022850035

Certificate Number: 01141-CAC-DE-016602560

Bankruptcy Case Number: 11-14880



01141-CAC-DE-016602560

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 14, 2011, at 5:44 o'clock PM EST, Kenneth
Sterling completed a course on personal financial management given by internet
by American Consumer Credit Counseling, Inc., a provider approved pursuant to
11 U.S.C. § 111 to provide an instructional course concerning personal financial
management in the Central District of California.

Date:   November 14, 2011                    By:      /s/Catarina Carreiro

                                             Name:    Catarina Carreiro

                                             Title:   Credit Counselor