IN THE UNITED STATES BANKRUPTCY COURT
For the CENTRAL DISTRICT of CALIFORNIA
SANTA BARBARA DIVISION

|  |  |
|---|---|
| In re:<br>Kenneth W. Sterling 3.<br><br><br>Debtor(s) | Chapter:       7<br>Case Number:     11-14880-RR<br>Assigned to the Honorable:<br> Robin Riblet<br><br>REQUEST FOR SPECIAL NOTICE<br>[NO Hearing Required] |

TO THE CLERK:

The undersigned attorneys for:
HSBC BANK NEVADA, N.A.
BEST BUY CO., INC.

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that HSBC BANK NEVADA, N.A. be given and served with all notices given or required to be given in the case as follows:

HSBC BANK NEVADA, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 11/07/11
Account Number: ***********8209

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
Attorneys for Creditor
HSBC BANK NEVADA, N.A.
3936 E Ft Lowell Rd Suite 200
Tucson, AZ  85712-1083
(520) 577-1544
ecf@bass-associates.com