FormCACB (hrgreaf – van190b)
(Rev. 04/11)

# United States Bankruptcy Court
# Central District Of California

1415 State Street, Santa Barbara, CA 93101–2511

# NOTICE OF HEARING RE: REAFFIRMATION AGREEMENT

**DEBTOR(S) INFORMATION:**      **BANKRUPTCY NO.** 9:11–bk–14880–RR
Kenneth W. Sterling      **CHAPTER** 7

**SSN:** xxx–xx–1101
**EIN:** N/A

1827 San Andres Street
Santa Barbara, CA 93101

**NOTICE IS HEREBY GIVEN** that a Reaffirmation Agreement between the above-named Debtor(s) and creditor Toyota Motor Credit Corporation was filed in the above case on Nov. 17, 2011 .

**YOU ARE HEREBY NOTIFIED** that a hearing to consider whether to approve the Reaffirmation Agreement pursuant to 11 U.S.C. § 524(c)(6) will be held at:

    **Date:**     **December 19, 2011**
    **Time:**     **10:00 AM**
    **Hearing Judge:**     **Robin Riblet**
    **Location:**     **1415 State St., Crtrm 201, Santa Barbara, CA 93101**

If the Debtor(s) choose(s) not to appear at the hearing noted above, the Reaffirmation Agreement will be disapproved and declared unenforceable.

The Santa Barbara County Bar Association has created a Debtor Assistance Program to provide free legal assistance to bankruptcy debtors who cannot afford an attorney. An attorney from this program will be available, free of charge, to answer questions which you may have regarding whether or not it is in your best interest to enter into the reaffirmation agreement. Please report to Courtroom 201 on the day of the scheduled reaffirmation agreement hearing.

Dated: November 18, 2011

FOR THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(FormCACB (hrgreaf – van190b Rev. 04/11))    **12 – 9 / AOG**