United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 11-14880-RR
Kenneth W. Sterling                                                     Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-9          User: aortizC              Page 1 of 2            Date Rcvd: Nov 18, 2011
                              Form ID: van190b           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2011.
db              #+Kenneth W. Sterling,    1827 San Andres Street,    Santa Barbara, CA 93101-4014
                 +Toyota Motor Credit Corporation,    9441 LBJ Freeway Suite 250,    Dallas, TX 75243-4640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 20, 2011**                    **Signature:** _Joseph Speetjens_

```
District/off: 0973-9           User: aortizC               Page 2 of 2                   Date Rcvd: Nov 18, 2011
                               Form ID: van190b            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2011 at the address(es) listed below:
```
          Avi   Schild    on behalf of Creditor  Atlas Acquisitions LLC avi.schild@atlasacq.com
          Bobbie A Novin    on behalf of Creditor  TOYOTA MOTOR CREDIT CORPORATION
           bnovin@nbsdefaultservices.com
          Karen L Grant    on behalf of Debtor Kenneth Sterling kgrant@silcom.com
          Patti H Bass    on behalf of Creditor  HSBC Bank Nevada, N.A. ecf@bass-associates.com
          Sandra   McBeth (TR)    jwalker@mcbethlegal.com, CA65@ecfcbis.com
          United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
                                                                                         TOTAL: 6
```

FormCACB (hrgreaf – van190b)
(Rev. 04/11)

# United States Bankruptcy Court
# Central District Of California

**1415 State Street, Santa Barbara, CA 93101–2511**

## NOTICE OF HEARING RE: REAFFIRMATION AGREEMENT

**DEBTOR(S) INFORMATION:**　　　　　　　　　　　**BANKRUPTCY NO.** 9:11–bk–14880–RR
Kenneth W. Sterling　　　　　　　　　　　　　　　　**CHAPTER** 7

**SSN:** xxx–xx–1101
**EIN:** N/A

1827 San Andres Street
Santa Barbara, CA 93101

---

**NOTICE IS HEREBY GIVEN** that a Reaffirmation Agreement between the above–named Debtor(s) and creditor Toyota Motor Credit Corporation was filed in the above case on Nov. 17, 2011 .

**YOU ARE HEREBY NOTIFIED** that a hearing to consider whether to approve the Reaffirmation Agreement pursuant to 11 U.S.C. § 524(c)(6) will be held at:

　　　　**Date:**　　　　**December 19, 2011**
　　　　**Time:**　　　　**10:00 AM**
　　　　**Hearing Judge:**　　**Robin Riblet**
　　　　**Location:**　　**1415 State St., Crtrm 201, Santa Barbara, CA 93101**

If the Debtor(s) choose(s) not to appear at the hearing noted above, the Reaffirmation Agreement will be disapproved and declared unenforceable.

The Santa Barbara County Bar Association has created a Debtor Assistance Program to provide free legal assistance to bankruptcy debtors who cannot afford an attorney. An attorney from this program will be available, free of charge, to answer questions which you may have regarding whether or not it is in your best interest to enter into the reaffirmation agreement. Please report to Courtroom 201 on the day of the scheduled reaffirmation agreement hearing.

　　　　　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT,
Dated: November 18, 2011　　　　　　　　　　　　**Kathleen J. Campbell**
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

(FormCACB (hrgreaf – van190b Rev. 04/11))　　　　　　　　　　　　　　　　　　　**12 – 9 / AOG**