FormCACB (odnyreaf– van196) (05/11)

# United States Bankruptcy Court
# Central District Of California

**1415 State Street, Santa Barbara, CA 93101–2511**

## ORDER AND NOTICE OF ENTRY OF ORDER
## DENYING MOTION TO APPROVE REAFFIRMATION AGREEMENT

**DEBTOR(S) INFORMATION:**
Kenneth W. Sterling

**BANKRUPTCY NO.** 9:11–bk–14880–RR
**CHAPTER** 7

**SSN:** xxx–xx–1101
**EIN:** N/A

1827 San Andres Street
Santa Barbara, CA 93101

(1) Debtor filed, as docket entry # 9, a Motion for Approval of Reaffirmation Agreement ("Motion") concerning a debt owing to Toyota Motor Credit Corporation (*name of creditor*).

(2) The Court provided notice of and held a hearing on whether it would grant the Motion.

(3) Basis for denial of the Motion:

☒ Debtor did not appear at the hearing.

☐ Debtor voluntarily dismissed the Motion.

☐ The Reaffirmation Agreement imposes an undue hardship on the debtor or a dependent of the debtor.

(4) Based upon the foregoing, and pursuant to 11 U.S.C. § 524, **IT IS ORDERED** that the Motion is denied, reaffirmation of the debt is not approved, and the Reaffirmation Agreement is unenforceable.

Dated: December 19, 2011

FOR THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(FormCACB (odnyreaf – van196 Rev. 05/11))

**14 – 9 / AOG**