United States Bankruptcy Court
Central District of California

In re:                                                                 Case No. 11-14880-RR
Kenneth W. Sterling                                                    Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-9          User: mcansecoC          Page 1 of 3            Date Rcvd: Jan 18, 2012
                              Form ID: b18             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2012.
db         #+Kenneth W. Sterling,    1827 San Andres Street,    Santa Barbara, CA  93101-4014
smg         +County Assessor,   County Government Center, Room 100,    San Luis Obispo, CA  93408-0001
cr          TOYOTA MOTOR CREDIT CORPORATION,    P O Box 829009,    Dallas, TX   75382-9009
30504425    Bank of America,   P.O. Box 5170,   Simi Valley, CA  93062-5170
30504427   +Buynak Law,   820 State Street, 4th Floor,    Santa Barbara, CA  93101-3272
30504429   +Chase,    P.O. Box 78035,    Phoenix, AZ 85062-8035
30504432    Citibank - Amex,   P.O. Box 3107,   Southeastern, PA  19398-3107
30504433    Citibank- Diamond,   Citicards Processing Center,    Des Moines, IA  50363-0001
30504437   +Jaffe & Asher,    600 Third Avenue,    New York, NY 10016-1914
30504438   +James F. Montgomery,    1566 Seabridge Lane,    Oxnard, CA 93035-1453
30504439    Jane Sterling,    133 De La Guerra Street,    Santa Barbara, CA   93101
30504440   +Jeffery A. Montgomery,    1566 Seabridge Lane,    Oxnard, CA 93035-1453
30504441   +Ken Sterling Sr.,    2738 SR 14,    Penn Yan, NY 14527-9735
30504442   +M. Timm,   233 E. Carrillo Street,    Santa Barbara, CA  93101-7160
30504444   +Professional Recovery Services,    P.O. Box 1880,    Voorhees, NJ 08043-7880
30504445    Sansum,   P.O. Box 101033,    Pasadena, CA  91189-0396
30504446   +Sterling Trust,    P.O. Box 2526,    Waco, TX 76702-2526
30758026   +TOYOTA MOTOR CREDIT CORPORATION,    9441 LBJ FREEWAY SUITE 250,    DALLAS TX 75243-4640
30504448   +Valiant Group,    233 E. Carrillo Street,    Santa Barbara, CA  93101-7159

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +EDI: BSMCBETH.COM Jan 19 2012 05:03:00      Sandra McBeth (TR),    2236 S. Broadway, Suite J,
             Santa Maria, CA 93454-7800
smg        +E-mail/Text: SBCBankruptcy@co.santa-barbara.ca.us Jan 19 2012 08:18:05      County Tax Collector,
             P.O. Box 357,   Santa Barbara, CA 93102-0357
smg         EDI: EDD.COM Jan 19 2012 05:03:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
             P.O. Box 826880,   Sacramento, CA  94280-0001
smg         EDI: CALTAX.COM Jan 19 2012 05:03:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
             P.O. Box 2952,   Sacramento, CA  95812-2952
cr         +EDI: BASSASSOC.COM Jan 19 2012 05:03:00      HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
             3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
30504423   +EDI: ALLIANCEONE.COM Jan 19 2012 05:03:00      Alliance One,   4850 Street Rd., Suite 300,
             Feasterville Tre, PA 19053-6643
30504424    EDI: AMEREXPR.COM Jan 19 2012 05:03:00      American Express,    P.O. Box 0001,
             Los Angeles, CA  90096-0001
30755564   +EDI: ATLASACQU.COM Jan 19 2012 05:03:00      Atlas Acquisitions LLC,    294 Union St.,
             Hackensack, NJ 07601-4303
30504426   +EDI: HFC.COM Jan 19 2012 05:03:00      Best Buy (HSBC),    P.O. Box 49353,
             San Jose, CA 95161-9353
30504428   +E-mail/Text: cms-bk@cms-collect.com Jan 19 2012 08:29:49      Capital Management Services LP,
             726 Exchange Street, Suite 700,   Buffalo, NY 14210-1464
30504431   +EDI: CITICORP.COM Jan 19 2012 05:03:00      Citibank,   Citibusiness Card Processing,
             Des Moines, IA 50363-0001
30504430   +EDI: CITICORP.COM Jan 19 2012 05:03:00      Citibank,    P.O. Box 6077,
             Sioux Falls, SD 57117-6077
30504434   +EDI: SEARS.COM Jan 19 2012 05:03:00      Citibank- Sears,    P.O. Box 688957,
             Des Moines, IA 50368-8957
30504435   +E-mail/Text: electronicbkydocs@nelnet.net Jan 19 2012 09:12:03      Dept ED/Nelnet,
             121 South 13th Street,   Lincoln, NE 68508-1904
30504436   +EDI: USBANKARS.COM Jan 19 2012 05:03:00      Elan/US Bank,    P.O. Box 790408,
             Saint Louis, MO 63179-0408
30504443   +EDI: HFC.COM Jan 19 2012 05:03:00      Neiman Marcus (HSBC),    P.O. Box 5235,
             Carol Stream, IL 60197-5235
30504447    EDI: TFSR.COM Jan 19 2012 05:03:00      Toyota Motor Credit,    5005 N. River Blvd. NE,
             Cedar Rapids, IA  52411-6634
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Atlas Acquisitions LLC,    294 Union St.,   Hackensack, NJ 07601-4303
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0973-9          User: mcansecoC           Page 2 of 3              Date Rcvd: Jan 18, 2012
                              Form ID: b18              Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 20, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0973-9          User: mcansecoC            Page 3 of 3                  Date Rcvd: Jan 18, 2012
                              Form ID: b18               Total Noticed: 36
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2012 at the address(es) listed below:

        Avi  Schild    on behalf of Creditor   Atlas Acquisitions LLC avi.schild@atlasacq.com
        Bobbie A Novin    on behalf of Creditor   TOYOTA MOTOR CREDIT CORPORATION
         bnovin@nbsdefaultservices.com
        Karen L Grant    on behalf of Debtor Kenneth Sterling kgrant@silcom.com
        Patti H Bass    on behalf of Creditor   HSBC Bank Nevada, N.A. ecf@bass-associates.com
        Sandra  McBeth (TR)    jwalker@mcbethlegal.com, CA65@ecfcbis.com
        United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

                                                                                                                  TOTAL: 6

B18 (Official Form 18)(12/11)

**United States Bankruptcy Court**
**Central District Of California**

1415 State Street, Santa Barbara, CA 93101–2511

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Kenneth W. Sterling

**BANKRUPTCY NO.** 9:11–bk–14880–RR

**CHAPTER** 7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–1101
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 1/18/12

**Address:**
1827 San Andres Street
Santa Barbara, CA 93101

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: January 18, 2012

**Kathleen J. Campbell**
Clerk of the Court

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social–security numbers or individual taxpayer–identification numbers.*

(Form b18–DIS Rev. 12/2011) VAN–30

17 − 4 / MCG

B18 (Official Form 18) Cont.
Rev.(12/11)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.